UNTIED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the Matter of:

Winfred Keith Combs,             Chapter 7
                                Case No. 09-60521-mbm
                                Honorable Marci B McIvor

       Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

     The attached check(s), totaling in the amount of **$685.63** represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a).

The name (s) and address (es) of the Party (ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick, RI  02886 | 000003 | $685.63 |

                                       Respectfully Submitted,

                           By:     /s/ Wendy Turner Lewis
                                       Wendy Turner Lewis (P39505)
                                       Chapter 7 Trustee
                                       444 West Willis Street, Suite 101
                                       Detroit, MI  48201
Dated: March 4, 2011               (313) 832-5555
                                       trustee@lewistrustee.com